PETER JOHN POELS and Others, Appellants, v. CHARLES E. MERRILL and Others, Respondents.— Judgment affirmed, with costs, on the authority of *Reno* v. *Bull* (226 N. Y. 546) and *Hobaica* v. *Byrne* (216 App. Div. 307). Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

HARRY COOK, Respondent, v. MORRIS BERGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

HARRY C. STRUCK, Respondent, v. DELAWARE COUNTY FARM PRODUCTS CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

DAVID BELAIS, INC., Respondent, v. BENJAMIN GROSS COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

FREDERICK W. HAZEN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

ALBERT H. SELLING, Appellant, v. HUDSON MOTOR CAR COMPANY OF NEW YORK, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

KERR STEAMSHIP CO., INC., Respondent, v. RADIO CORPORATION OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

BERNARD ZUCKERMAN and Another, Appellants, v. TWENTY-THIRD WARD BANK OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

JACOB ROBINSON, an Infant, by LOUIS ROBINSON, His Guardian ad Litem, Appellant, v. STUDEBAKER CORPORATION OF AMERICA, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict rendered was inadequate.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

* Verdict was for $100 in an action for personal injuries.— [REP.